On Motion for Rehearing
POLEN, J.
Appellant, Lehman, moved this court for a rehearing after this court affirmed the trial court’s final judgment denying discharge, denying personal representative’s fee, granting surcharge, voiding transactions, and granting objections to the final accounting; and the order denying motion for rehearing and new trial and motion to alter or amend judgment and cancelling hearing. We deny Lehman’s motion for rehearing, but correct a statement in our slip opinion issued on October 26, 2011.
In our slip opinion, we stated that “Lehman admitted during testimony that he was not properly appointed and that his status as albacea, or executor, was a nullity.” While the court found that Lehman’s appointment was a nullity, he did not admit the same. Therefore, we modify our slip opinion to correct this misstatement, but otherwise deny Lehman’s motion for rehearing.

Rehearing Denied; Opinion Modified.

WARNER, J., and EHRLICH, MERRILEE, Associate Judge, concur.